IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RADIO MUSIC LICENSE COMMITTEE, INC.,** | : : : | |
| Plaintiff, | : : | **CIVIL ACTION NO.:** |
| v. | : : : | **2:12-CV-5807-CDJ** |
| **SESAC, INC., et al.,** | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of June, 2014, it is hereby **ORDERED** that Defendant's Motion to Dismiss, (Doc. No. 23), is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** as to Counts I and II and **DENIED** as to Count III. Because it is possible that this error may be corrected, Plaintiff is **GRANTED LEAVE TO AMEND**.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
**C. DARNELL JONES, II   J.**