IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Radio Music License Committee, Inc.<br><br>                Plaintiff,<br><br>                v.<br><br>SESAC, Inc., SESAC, LLC, and SESAC Holdings, Inc.,<br><br>                Defendants. | No. 2:12-cv-05807-CDJ<br><br>Judge C. Darnell Jones, II |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Radio Music License Committee, Inc. and Defendants SESAC, Inc., SESAC, LLC, and SESAC Holdings, Inc., as follows:

1.    The parties entered into a Settlement Agreement dated July 23, 2015 ("Settlement Agreement").

2.    Pursuant to the terms of the Settlement Agreement, and Federal Rule of Civil Procedure 41(a)(2), this action shall be, and hereby is, dismissed with prejudice, as settled.

| | |
|---|---|
| Dated: July 27, 2015 | Respectfully submitted: |
| /s/ Margaret M. Zwisler | /s/ Mark J. Botti |
| Margaret M. Zwisler (pro hac vice)<br>Jennifer L. Giordano (pro hac vice)<br>Andrew J. Robinson<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Fax: (202) 637-2201<br>Email: Margaret.Zwisler@lw.com<br>Email: Jennifer.Giordano@lw.com<br>Email: Andrew.Robinson@lw.com | Mark J. Botti (pro hac vice)<br>John A. Burlingame (pro hac vice)<br>Jody A. Boudreault (pro hac vice)<br>Thomas J. Craven (pro hac vice)<br>Iain R. McPhie (pro hac vice)<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 457-6000<br>Fax: (202) 457-6315<br>Email: mark.botti@squirepb.com<br>Email: john.burlingame@squirepb.com<br>Email: jody.boudreault@squirepb.com<br>Email: Thomas.Craven@squirepb.com<br>Email: iain.mcphie@squirepb.com |
| Alfred C. Pfeiffer, Jr. (pro hac vice)<br>Alan Devlin (pro hac vice)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Fax: (415) 395-8095<br>Email: Al.Pfeiffer@lw.com<br>Email:  Alan.Devlin@lw.com | Gregory P. Joseph (pro hac vice)<br>Peter R. Jerdee (pro hac vice)<br>Rachel M. Cherington (pro hac vice)<br>Honey L. Kober (pro hac vice)<br>JOSEPH HAGE AARONSON LLC<br>485 Lexington Avenue,<br>30th Floor<br>New York, NY 10017<br>Telephone: (212) 407-1200<br>Fax: (212) 407-1299<br>Email: gjoseph@jha.com<br>Email: pjerdee@jha.com<br>Email: rcherington@jha.com<br>Email: hkober@jha.com |

| | |
|---|---|
| Peter J. Mooney<br>WHITE & WILLIAMS LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7164<br>Fax: (215) 789-7664<br>Email: mooneyp@whiteandwilliams.com<br><br>*Attorneys for Plaintiff*<br>Radio Music License Committee, Inc. | Gary A. Rosen (PA I.D. No. 40967)<br>LAW OFFICES OF GARY A. ROSEN P.C.<br>26 Summit Grove Avenue<br>Suite 217<br>Bryn Mawr, PA  19010<br>Telephone:  (610) 658-8790<br>Fax:  (610) 658-8792<br>Email: grosen@logarpc.com<br><br>*Counsel for Defendants*<br>SESAC, Inc., SESAC, LLC, and SESAC Holdings, Inc. |

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2015, the foregoing Stipulation of Dismissal With Prejudice was electronically filed using the CM/ECF system, and notice was given to all parties using this system.

/s/ Jody Boudreault
Jody Boudreault